Ricky Ranay Hurt
(Petitioner)

M.S. Evans, warden S.V.S.P.
(Respondent[s])

DECLARATION IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

FILED
08 MAY 12 AM 11:29

CV 08 2416 SBA (PR)

I, Ricky Ranay Hurt, declare that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?
   ☐ Yes  ☒ No

   (a) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. _____

   (b) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. I was incarsarated march 15th 1995 at which time I was unemployed.

2. Have you received, within the past twelve (12) months, any money from the following sources:
   (a) Business, profession or form of self-employment?    ☐ Yes  ☒ No
   (b) Rent payments, interest or dividends?               ☐ Yes  ☒ No
   (c) Pensions, annuities or life insurance payments?    ☐ Yes  ☒ No
   (d) Gifts or inheritances?                              ☐ Yes  ☒ No
   (e) Any other source?                                   ☐ Yes  ☒ No

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account?
   *(Include any funds in prison accounts)*

   ☐ Yes  ☒ No

   If the answer is "yes", state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property?
   *(Exclude ordinary household furnishings and clothing)*

   ☐ Yes  ☒ No

   If the answer is "yes", describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. **NONE.**

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on

_____
Date

_Ricky R. Hunt_
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____
_____
_____
_____
_____
_____

Dated: _____        _____
                                        Authorized Officer of Institution

                                        _____
                                        Title of Officer