**10**

Ricky Ranay Hurt. E-48358

S.V.S.P.        C-7 .209L

PO Box 1050

Soledad Calif 93960-1050.

<u>IN PRO SE</u>

FILED
08 MAY 12 AM 10: 29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SBA**

# <u>UNITED STATES DISTRICT COURT</u>

CV 08        2416

| IN RE Ricky Ranay Hurt<br>On HABEAS CORPUS | CASE NO. MA009853(PR<br>REQUEST FOR APPOINT=<br>MENT OF COUNSEL AND<br>DECLARATION OF<br>INDIGENCY. |
|---|---|

I, <u>Ricky Ranay Hurt</u>, DECLARE THAT I AM THE PETITIONER TO THE ABOVE-REFERENCED MATTER, THAT I AM INCARCERATED AT S.V.S.P., AND THAT I AM INDIGENT AND UNABLE TO AFFORD COUNSEL. MY TOTAL ASSETS ARE $ <u>0.00</u> AND MY INCOME IS $<u>0.00</u> PER MONTH.

I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THIS MATTER SO THAT MY INTEREST MAY BE PROTECTED BY THE PROFESSIONAL ASSISTANCE REQUIRED.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORE GOING IS TRUE AND CORRECT AND THIS DECLARATION WAS EXECUTED ON <u>5-06-08.</u>      AT <u>S.V.S.P.</u>   CALIFORNIA.

*Ricky R. Hurt.*