1 | Ricky Ranay Hurt. E-48858
2 | Salinas Valley State Prison
3 | PO Box 1050   C-7. 209L
4 | Soledad, California
5 |         93960-1050.

FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7 | IN PRO SE

UNITED STATES DISTRICT COURT
~~CENTRAL~~ Northern DISTRICT OF CALIFORNIA

C-08-02416-SBA

12 | Ricky Ranay Hurt,
13 | Petitioner,
14 |        VS.
15 | M.S. Evans, Warden SVSP
16 | Respondent.

U.S. DISTRICT COURT #_____
ADDENDUM APPLICATION FOR JOINDER, MOTION TO VACATE SENTENCE IN INSTANT CASE
LA SUPERIOR CT CASE NO. MA009853

22 | TO: HONORABLE JUDGE OF THE U.S. DISTRICT COURT.
23 | COMES NOW, Ricky Ranay Hurt, PETITIONER MOVING SAID
24 | COURT TO STRIKE, THESE ALLEGED STRIKE(S) # (A704979) AND
25 | # (MA000540), PRESUMED SQURRELY ON FACT NEITHER
26 | CASE INVOLVED ... WAS A CRIME A PERSON OR INVOLVED VIOLENCE ... (NEW LAW)

①

1. MOVING SAID COURT TO STRIKE, IN THIS INSTANT LOS ANGELES COUNTY
2. VAN NUYS SUPERIOR COURT CASE # MA009853, THESE ALLEGED STRIKE(S)
3. (...# A704979 AND # MA000540), RESULTING FROM A SINGLE CONVI-
4. CTION SQURRELY PREMISED ON THESE FACTS:
5. NITHER CASE [... WAS A CRIME AGAINST A PERSON OR INVOLVED VIOLENCE...(NEW LAW).]
6.
7.
8. DATED: 5-06-08
9.                                          Ricky Ranay Hurt

②

## DECLARATION OF RICKY HURT

I HEREBY STATE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. I AM THE PETITIONER IN THIS ACTION/APPLICATION FOR JOINDER WITH WRIT OF HABEAS CORPUS # MA009853, COURT FILED 12-08-95, PRESENTLY AWAITING ADJUDICATION THIS ADDENDUM APPLICATION MOVING SAID COURT TO STRIKE BOTH CONVICTIONS (1995/CONVICTIONS) IN LOS ANGELES COUNTY VAN NUYS SUPERIOR COURT CASE A704979 AND MA000540; CONVICTIONS RESULTING FROM THE SAME 1995 CONVICTION, FACTUALLY CENTERED ON RESPECTIVE FACTS OF EACH CASE WHICH CLEARLY EVIDENCE

   ...NO CRIME, TO A PERSON OR INVOLVED VIOLENCE...

   AS PRESENT 'NEW LAW' AS ESTABLISHED IN CASE(S) — UNITED STATES SUPREME COURT, S.W. ORNOSKI V. REYES (2006) 126 S. CT 2887; CERTIORARI DENIED, AND

   — UNITED STATES COURT OF APPEAL NINTH CIRCUIT, Reyes V. Brown 399 F.3d 964, (2005) (9th Cir, CAL 2005) (SEE CASES ATTACHED).

   • THIS PLEADING IS AN ADDENDUM AND EXPANSION TO THE WRIT OF HABEAS CORPUS # MA009853, FILED _____ SEE PAGE 3d TO WRIT Reyes V. Brown, 399 F.2d 964 (C.A.9)(CAL. 2005) IS CITED. THE APPLICABLE LAW CITED IN THE MOVANT IS 'ADDITIONAL SUPPORTIVE LAW' AND JURISDICTION PRESEDENT FOR SAID COURT TO STRIKE REFERENCED UNLAWFULLY IMPOSED STRIKES VIOLATIVE OF (..."NEW LAW"...).

③

② PRO SE LITIGANT: I HEREBY MOVE THE COURT TO ADJUDICATE THIS APPLICATION/PLEADING APPLICABLE TO THE 'LIBERAL CONSTRUCTION' AND 'LESSER STANDARD' AN MANDATED ON <u>PEMBROOK V. WILSON</u> (9th Cir 1966) 370 F.2d 37; <u>HANES V. TURNER</u> (1972) 404 US 549; <u>Price v. Johnston</u> (1948) 334 US 266, 292.

## COURTS JURISDICTION

### STATE LAW

③ • CAL. CONST. ART. 1 §§ 13, 15;
• PEOPLE V. BRADLEY (1969) 81 CR 457, 460 ALL COURTS ARE BOUND BY DECISIONS OF THE UNITED STATES SUPREME COURT INTERPRETING THE FEDERAL CONSTITUTION;
• PENAL CODE § 1385(a): DOES PERMIT A COURT ACTING ON ITS OWN TO STRIKE PRIOR FELONY CONVICTION ALLEGATIONS IN CASES BROUGHT UNDER THE THREE STRIKE LAW.
( PEO V. SUPERIOR COURT (ROMERO) (1996) 13 CAL 4th 497, 529, 530.) ... ESTABLISHED THAT A TRIAL COURTS GENERAL STATUTORY AUTHORITY TO DIMISS AN ACTION IN 'FURTHERANCE OF JUSTICE' UNDER SECTION 1385 INCLUDES THE POWER TO STRIKE A PRIOR CONVICTION FOR PURPOSE OF SENTENCING, WHETHER OR NOT THE CONVICTION HAS BEEN ADMITTED OR ESTABLISHED BY THE EVIDENCE. PEOPLE V. FRITZ (1985) 40 CAL 3d 277, 229-230. "DISMISSALS UNDER SECTION 1385 MAY BE PROPER BEFORE, DURING AND AFTER TRIAL." PEO. V. ORIN (1975) 13 CAL 3d 937, 947; PEOPLE V. SUPERIOR COURT (1975) 13 CAL 3d 932, 947; PEOPLE V. SUPERIOR COURT (HOWARD) (1968) 69 CAL-2d 491, 503.
• PEOPLE V. Romero (1991) 35 CR cd 270.
• IN RE JAMES (1952) 38 CAL 2d, THERE IS NO SETTIME FOR FILING A STATE PETITION FOR WRIT OF HABEAS CORPUS.

NEW LAW (SEE NEXT PAGE)

⑤

# COURTS JURISDICTION

## STATE LAW

③ (CONTINUE)

- NEW LAW: A PETITION FOR WRIT OF HABEAS CORPUS MAY BE USED BY A PRISONER WHO WANTS TO GET THE BENEFIT OF ANY FAVORABLE CHANGE IN THE LAW. SEE <u>IN RE WALSH</u> (1996) 57 CR 2d 214; <u>IN RE ESTRADA</u> (1985) 48 CR 172; <u>IN RE SALDANA</u> (1997) 67 CR 185.

⑥

## COURTS JURISDICTION

### FEDERAL LAW.

③ (CONTINUE)

- U.S. CONST. AMEND VI AND XIV.

- PRIOR CONVICTION ENHANCING PRESENT SENTENCE. THE PETITIONER MAY ATTACK PRIOR CONVICTION THAT WAS USED TO ENHANCE A SENTENCE FOR A CONVICTION PRESENTLY BEING SERVED. U.S.A. V. TUCKER (1972) 404 U.S. 443. (MOTION TO VACATE SENTENCE UNDER 28 USC § 2255, § 2254); HARRISON V. INDIANA (4th Cir 1979) F.2d 115, 117.

- THE ISSUE CHALLENGED BY USE OF A WRIT OF HABEAS CORPUS MUST BE A VIOLATION OF A FEDERAL CONSTITUTIONAL OR FEDERAL STATUTORY RIGHT. RODGERS V. PECK (1905) 199 U.S. 425, 437; FOR A HABEAS CORPUS TO BE GRANTED IT MUST SUFFICIENTLY PROVE THE CONSTITUTIONAL VIOLATION ALLEGED. Brown V. ALLEN (1953) 344 U.S. 443; STATE PRISONER MAY CALL FORTH THEIR STATE COURT CONVICTION/SENTENCE IN FEDERAL COURTS IN 28 USC § 2254.

- S.W. ORNOSKI V. Reyes, 126 S. CT 2887, WRIT OF CERTIORARI DENIED BY U.S. SUPREME COURT (2006); AND,
- Reyes V. Brown, (C.A.9 (CAL.) 2005) HELD THAT REMAND WAS REQUIRED FOR DETERMINATION OF WHETHER PETITIONERS PRIOR ARMED ROBBERY OFFENSE WAS A 'CRIME AGANIST A PERSON OR INVOLVED VIOLENCE' AND THIS JUSTIFIED HIS EXTREME SENTENCE FOR PERJURY (A MISDEMEANOR).

⑦

'JUDICIAL NOTICE' EVIDENCE. C$$ 452(d), 459.

④. JUDICIAL NOTICE IS MOVED FOR LOS ANGELES COUNTY VAN NUYS SUPERIOR COURT CASE RECORDS (INSTANT CASE #MA009853 AND (STRIKE CASE(s) # A704979 (1995) AND #MA000540 (1995), NOT THE FACE OF THE RECORD, BUT INSTEAD, THE BODY OF THE RECORD, FOR SUBSTANTIATION/CORROBORATIVE EVIDENCE THAT NEITHER OF THE ALLEGED STRIKE CASES (PEN. C. 459/BUGULARY) WAS A CRIME AGAINST A PERSON OR INVOLVED VIOLENCE.

• TARGET FACTS OF EVIDENCE: THE RESPECTIVE 'POLICE REPORTS' WILL CONCLUSIVELY EVIDENCE... NO PERSON HOME AT BUGULARY... NO VIOLENECE TO ANY PERSON WAS INVOVLED. THUSLY, THE LAWFULLY MANDATED ELEMENTS, AS ESTABLISHED BY 'NEW LAW' PRECEDENT LAW (OR Noski v. Reyes. (SUPRA) AND (Reyes v. Brown (SUPRA) ARE NOT PRESENT FOR PROSECUTION. SEE IN RE WINSHIP, 397 U.S. 358, 364 (1970). THE DISTRICT ATTORNEY CAN ['NOT'] SUSTAIN ITS ESSTENTIAL ELEMENT BURDEN FOR CONVICTION AS A SERIOUS STRIKE (PEN. C. 1192.7.).

⑤. 'REFEREE APPOINTMENT'... IS MOVED, IF NO PETITION WAS BROUGHT IN THE SUPREME COURT, OR IF MATERIAL FACT REMAIN IN DISPUTE' THE SUPREME COURT (IF THE PETITION IS BEING HEART HERE) MAY MAKE A FACTUAL DETERMINATION BY 'APPOINTING A REFEREE'. (SEE IN RE RIDDLE (1962) 22 CR 472. 'QUESTIONS' CAN BE SUBMITTED TO THE REFEREE APPOINTED. (SEE IN RE Branch (1969) 70 CAL

⑥. IN RE HURLIC (1977) 142 CR 443.

⑤ REFEREE APPOINTMENT (CONT.).

• TARGET QUESTIONS: SUBSEQUENT YOUR READING THE POLICE REPORTS' FOR BOTH STRIKE CASES (LOS ANGELES COUNTY VAN-NUYS SUPERIOR COURT (STRIKE CASES #A704979 (1995) AND MA000540 (1995) IS YOUR 'FACTUAL DETERMINATION' THE FOLLOWING:

Ⓐ NO PERSON HOME AT BUGULARY;

Ⓑ NO VIOLENCE TO ANY PERSON WAS INVOLVED.

⑥ EVIDENTIARY HEARING: PETITIONER CONTENTS 'NO DISPUTED MATERAIL FACTS'

Ⓐ NO PERSON AT HOME DURING BUGULARY;

Ⓑ NO VIOLENCE TO ANY PERSON INVOLVED.

• WHERE THERE ARE 'DISPUTED MATERIAL FACTS' THE COURTS HAS FULL POWER AND OBLIGATIONS TO RESOLVE THE DISPUTE. PENAL CODE § 1484; CALIF RULES OF CT. RULE 260(c)

⑦ ATTORNEY APPOINTMENT/DISCOVERY: ATTORNEY APPOINTMENT IS MOVED FOR [...DISCOVERY...] OF SUPPORTIVE DOCUMENTATION OF 'POLICE REPORTS' (THE BODY OF THE RECORD) TO CONCLUSIVE EVIDENCE TO THIS COURT THE 'STRIKES' IN THIS CASE [... IS NO A CRIME AGAINST A PERSON OR INVOLVED VIOLEACE.]

• DISCOVERY: THE COURT HAS "FULL POWER AND AUTHORITY TO REQUIRE AND COMPELL THE ATTENDANCE OF WITNESSES BY PROCESS OR SUBPOENA AND ATTACHMENT, AND TO DO AND PERFORM ALL OTHER ACTS AND THINGS NECESSARY TO A FULL AND FAIR HEARING AND PERFORMED, DETERMINATION OF THE CASE PENAL CODE § 1984.

SEE REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION OF THOUGHT/NEXT PAGE

⑨

1  Ricky Ranay Hurt, E-48858
2  S.V.S.P.    C-7.209L
3  PO Box 1050
4  Soledad Calif 93960-1050.

**IN PRO SE**

United States District Court
Central District of California

| | |
|---|---|
| In RE Ricky Ranay Hurt on HABEAS CORPUS | CASE NO. MA009853 REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INDIGENCY |

I, Ricky Ranay Hurt, declare that I am the petitioner to the above-referenced matter, that I am incarcerated at S.V.S.P., and that I am indigent and unable to afford counsel. My totle assets are $ 0.00 and my income is $ 0.00 per month.

I hereby request that counsel be appointed in this matter so that my interest may be protected by the professional assistance required.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on 5-06-08. at S.V.S.P. California.

Ricky R. Hurt

(10)

⑧ 'ORDER TO SHOW CAUSE': A ORDER TO SHOW CAUSE' IS MOVED UPON ISSUSING AN 'ORDER TO SHOW CAUSE' A COURT MUST NOW

- APPOINT COUNSEL' FOR ANY UNREPRESENTED PETITIONER WHO DESIRES BUT CANNOT AFFORD COUNSEL. CRC, RULE 4.551(c)(2)

- A SUPERIOR COURT NOW CAN ORDER AN INFORMAL RESPONSE TO A PETITION BEFORE DECIDING TO ISSUE AN ORDER TO SHOW CAUSE (OSC) OR DENY THE PETITION. CR RULE 4.551(a)(4)(G), AND (b)(i)

- A COURT MUST ACT ON A HABEAS PETITION WITH IN 60 DAYS OF ITS FILING. CRC, RULE 4.551 (a)(3)(A).

- IF A COURT CHOOSE TO DENY A PETITION IT MUST EXPLAIN THE REASON FOR THE DENIAL, AN ORDER MERELY STATING THAT THE PETITION IS DENIED IS NOT ENOUGH TO SATISFY THE RULE. CRC RULE 4.551((a)(3)(B).

11

# PRAYER

RESPECTFULLY, THE COURT IS MOVED TO ORDER THE FOLLOWING

① ORDER SUMMARY JUDGEMENT 'AS MOVED ORDERING THAT STRIKE (# A704979 AND # MA000540) BE STRIKE AS LAWFULLY MANDATED BY 'NEW LAW' ESTABLISHED BY THE UNITED STATES SUPREME COURT CERTIORARI, ORNOSKI V. Reyes 126 S.CT 2887 (2006);

② ORDER EVIDENTIARY HEARING' TO RESOLVE/CORROBORATE CASE FACTS OF EVIDENCE THAT 'BOTH ALLEGED STRIKES ALLEGED [... WERE NOT A CRIME AGAIST A PERSON OR INVOLVED NO VIOLENCE...];

③ ORDER 'REFEREE APPOINTMENT' FOR RECOMMENDATIONS/ FINDINGS TARGETTING CENTER POINT QUESTIONS HERE TO FORE PRESENTED;

④ ORDER 'ATTORNEY APPOINTMENT' FOR INDIGENT DEFENDENT TO PROTECT HIS CONSTITUTIONAL DUE PROCESS RIGHTS THROUGHOUT THESE PROCEEDINGS;

⑤ ORDER/ISSUE 'SHOW CAUSE ORDER' TO RESPONDENT;

⑥ ORDER OTHER APPROPRIATE LAW AND JUSTICE RELIEF REMEDY.

THE COURT IS MOVED TO GRANT ALL OTHER APPROPRIATE JUSTICE RELIEF REMEDY WITH REQUISTE ORDERS ISSUED TO RESPECTIVE PARTIES IN THE INTEREST OF JUDICIAL ECONOMY, LAW AND PROMPT JUSTICE RELIEF.

DATED: 5-06-08.

⑫

§ Ricky R. Nuut.

Ricky Ranay Hurt. E-48858
Salinas Valley State Prison
PO Box 1050  C-7. 209L
Soledad, Calif 93960-1050.

IN RE Ricky Ranay Hurt  
ADDENDum/writ of H/c

CASE NO. MA 009853
PROOF OF SERVICE BY MAIL

. I AM A CITIZEN OF THE UNITED STATES AND A RESIDENT OF CALIFORNIA. I'M INCARSARATED IN A CALIFORNIA PRISON. I'M OVER THE AGE OF 18 YEARS, AND A PARTY OF THE WITHIN ACTION.

. I SERVED THE FOLLOWING DOCUMENT TO EACH OF THE PERSONS NAMED BELOW AT THE ADDRESS SHOWN; BY PLACING A TRUE COPY IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID IN THE U.S. MAIL AT THE INSTITUTIONAL MAIL ROOM.
. DOCUMENT: ADDENDum APPLICATION TO VACATE SENTENCE.
. PARTIES SERVED:

. I DECLARE UNDER PENALTY OF PERJURY THE ABOVE STATEMENT ARE TRUE AND CORRECT. THIS DOCUMENT IS EXECUTED ON THE ___six___ DAY OF ___May___ 2008, IN THE CITY OF SOLEDAD CALIFORNIA, BY Ricky Ranay Hurt.

_Ricky R. Hurt._

(13)

Ricky Ranay Hurt.

CASE #8303094/2513909I ProBation RepoRT
#1718438/03514094 Police RepoRT

EXH-D

