FILED
08 MAY 30 PM 3:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____,
            Plaintiff,

vs.

_____,
            Defendant.

CASE NO. CV 08 2416 SBA (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, **Ricky Ranay Hurt**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: **0**      Net: **0**

Employer: **NONE**

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

*I have been incarsarated since 1995. My employment history to date and prior to 1995, has been unemployed.*

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ____ No __X__

    b. Income from stocks, bonds, or royalties?      Yes ____ No __X__

    c. Rent payments?      Yes ____ No __X__

    d. Pensions, annuities, or life insurance payments?      Yes ____ No __X__

    e. Federal or State welfare payments, Social Security or other government source?      Yes ____ No __X__

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?      Yes ____ No __X__

Spouse's Full Name: *NONE*

Spouse's Place of Employment: *"*

Spouse's Monthly Salary, Wages or Income:

Gross $ *0*      Net $ *0*

4.     a. List amount you contribute to your spouse's support: $ *0*

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____
6   _____
7   5.   Do you own or are you buying a home?   Yes ____ No _X_
8   Estimated Market Value: $ _0_____   Amount of Mortgage: $ _0_____
9   6.   Do you own an automobile?   Yes ____ No _X_
10  Make _NONE_____ Year _NONE_____ Model _NONE_____
11  Is it financed? Yes _____ No _X_ If so, Total due: $ _0_____
12  Monthly Payment: $ _0_____
13  7.   Do you have a bank account?   Yes _____ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _NONE_____
15  _____
16  Present balance(s): $ _0_____
17  Do you own any cash? Yes ____ No _X_ Amount: $ _0_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ____ No _X_
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ _____0_____   Utilities: _____0_____
23  Food: $ _____0_____   Clothing: _____0_____
24  Charge Accounts:
25  Name of Account        Monthly Payment        Total Owed on This Acct.
26  _NONE_____    $ _____0_____        $ _____0_____
27  ____"_____    $ _____"_____        $ _____"_____
28  ____"_____    $ _____"_____        $ _____"_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

court restitution, in the amount of $200.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-25-08.                          Ricky R. Hunt
DATE                              SIGNATURE OF APPLICANT

Case Number: **MA009853**

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Hurt Ricky** E-48858 [prisoner name] for the last six months **Salinas Valley State Prison** [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0**.

Dated: **5-25-08**

4/c **K. Gilmore** _____
[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                              REPORT DATE: 01/11/08
                                                                     PAGE NO:        1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SALINAS VALLEY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 11, 2008

ACCOUNT NUMBER : E48858                       BED/CELL NUMBER: FCB7T2000000209L
ACCOUNT NAME   : HURT, RICKY RANAY               ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                               TRUST ACCOUNT ACTIVITY

        * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
        * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                               TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

|  | CURRENT AVAILABLE BALANCE |
|---|---|
|  | 0.00 |

Ricky R. Hurt. E-48858
S.V.S.P.   C-7.209
PO Box-1050
Soledad, CA
93960-1050.

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

STATE PRISON
GENERATED MAIL.